1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                                    DISTRICT OF NEVADA

7                                           * * *

8    BOBBY LEE MONTGOMERY,                  )
                                            )
9              Plaintiff,                   )        2:12-cv-0817-MMD-RJJ
                                            )
10   vs.                                    )
                                            )
11   LAS VEGAS METROPOLITAN                 )
     POLICE DEPARTMENT, *et al*.,           )              O R D E R
12                                          )
               Defendant,                   )
13   _____)

14          This matter is before the Court on an Application to Proceed in District Court Without

15   Prepaying Fees or Costs (#1).

16          The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and good cause appearing therefore,

18          IT IS HEREBY ORDERED that a status hearing is scheduled for June 27, 2012, at 1:30

19   PM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

20   So., Las Vegas, Nevada.

21          IT IS FURTHER ORDERED that only Plaintiff, Bobby Lee Montgomery,  is required to

22   appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may

23   result in a recommendation that this case be dismissed.

24          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26          DATED this  23d  day of May, 2012

27

28                                          _____
                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge