BOBBY LEE MONTGOMERY
Name
640 McKnight St. B-105

LAS VEGAS NV. 89101

#2624152
Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BOBBY LEE MONTGOMERY        )
               Plaintiff,   )
                    )
                    )
      vs.             )   **2:12-cv-00817-MMD -RJJ**
LAS VEGAS METROPOLITAN      )
POLICE DEPARTMENT,ET AL ,   )
CITY COUNCIL OF CLARK       )
COUNTY NEVADA           ,   )   **CIVIL RIGHTS COMPLAINT**
OSCAR B.GOODMAN MAYOR       )   **PURSUANT TO**
CITY OF LAS VEGAS NEVADA    )   **42 U.S.C. § 1983**
SHERIFF OF CLARK COUNTY     )
DOUGLAS C. GILLESPIE    ,   )
                    )
GUY LOUIS TURNER#13518  ,   )
LVMPD      Defendant(s). )

## A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Bobby L. Montgomery
                                  (Print Plaintiff's name)

who presently resides at 640 Mcknight St.B105 Las Vegas , were

violated by the actions of the below named individuals which were directed against

Plaintiff at 128 Edelweiss St.Las Vegas NV. on the following dates
              (institution/city where violation occurred)

May 17,2010 , June 29,2010 , and August 4,2010
   (Count I)         (Count II)        (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>E ROBINSON#3889</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
      (full name of first defendant)          (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
  <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Fail to intervene to stop or deny the malicious</u>
<u>process.to review documents for proper investigation.</u>

3) Defendant <u>Lt.Ron Fox#3313</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
      (full name of first defendant)          (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
  <u>X</u>  individual   <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Approve the fabricated documents for the malici-</u>
<u>ous proceeding ,failure to intervene conduct proper investigation.</u>

4) Defendant <u>V.E.Swartwood#4825</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
      (full name of first defendant)          (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
  <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Failure to intervene denied grievance to Interal</u>
<u>Affairs.denied a proper investigation in malicious prosecution</u>

5) Defendant <u>Guy L.Turner#13518</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
      (full name of first defendant)          (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
  <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Falsely and maliciously to procure another to be</u>
<u>arrested or proceeded againstfor a crime</u>

2

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>BRYAN ROCHA#13510</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
          (full name of first defendant)       (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
 <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Falsely and maliciously to procure another to be
arrested or proceeded against for a crime.</u>

3) Defendant <u>NATHAN HERLEAN#14085</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
          (full name of first defendant)       (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
 <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Falsely and maliciously to procure another to be
arrested to proceeded against for a crime</u>

4) Defendant <u>ERIC FENRICH#13145</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
          (full name of first defendant)       (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
 <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Falsely and maliciously to procure another to be
arrested or proceeded against for a crime.</u>

5) Defendant <u>TRAVIS CHAPMAN#14079</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
          (full name of first defendant)       (address if first defendant)
and is employed as <u>Las Vegas Metro Police</u> . This defendant is sued in his/her
          (defendant's position and title, if any)
 <u>X</u>  individual  <u>X</u>  official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>Failure to intervene, falsely and maliciously to
procure another to be arrested or proceeded against for a crime.</u>

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant VINCENT D'ANGELO#5787 resides at CLARK COUNTY LAS VEGAS NV ,

       (full name of first defendant)        (address if first defendant)

and is employed as Las Vegas Metro Police . This defendant is sued in his/her

       (defendant's position and title, if any)

   X individual  X official capacity. (Check one or both). Explain how this defendant was

acting

under color of law: Failure to intervene,falsely and maliciously to
procure another tobbe arrested or proceed against  for a crime.

3) Defendant CORY DRAEGER#13329 resides at CLARK COUNTY LAS VEGAS NV ,

       (full name of first defendant)        (address if first defendant)

and is employed as Las Vegas Metro Police . This defendant is sued in his/her

       (defendant's position and title, if any)

   X individual  X official capacity. (Check one or both). Explain how this defendant was

acting

under color of law: Failure to intervene,falsely and maliciously to
procure another to be arrested or proceeded against for a crime.

4) Defendant JOSUE ESPARZA#9373 resides at CLARK COUNTY LAS VEGAS NV,

       (full name of first defendant)        (address if first defendant)

and is employed as Las Vegas Metro Police . This defendant is sued in his/her

       (defendant's position and title, if any)

   X individual  X official capacity. (Check one or both). Explain how this defendant was

acting

under color of law: Failure to intervene,falsely and maliciously to
procure another to be arrested or proceeded against for a crime.

5) Defendant TRAVIS SWARTZ#13142 resides at CLARK COUNTY LAS VEGAS NV

       (full name of first defendant)        (address if first defendant)

and is employed as Las Vegas Metro Police . This defendant is sued in his/her

       (defendant's position and title, if any)

   X individual  X official capacity. (Check one or both). Explain how this defendant was

acting

under color of law: Failure to intervene, falsely and maliciously to
procure another to be arrested or proceeded against for a crime.

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>DAVID ROGER#002781</u> resides at <u>200 Lewis Ave.Las Vegas NV</u>,
        (full name of first defendant)        (address if first defendant)
and is employed as <u>Clark County District Att.</u> . This defendant is sued in his/her
        (defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Authorized the initial criminal complaint to be filed to proceed in the malicious prosecution process to prosecute.Oppression under color of Office.</u>

3) Defendant <u>SHAWN MORGAN#0010935</u> resides at <u>200 Lewis Ave,Las Vegas NV</u>
        (full name of first defendant)        (address if first defendant)
and is employed as <u>Deputy District Attorney</u> . This defendant is sued in his/her
        (defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Engage in the proceeding of the malicious prosecution process to prosecute,Oppression under color of Office</u>

4) Defendant <u>J.VILLANI DA</u> resides at <u>200 Lewis Ave.Las Vegas NV</u>
        (full name of first defendant)        (address if first defendant)
and is employed as <u>Duty District Attorney</u> . This defendant is sued in his/her
        (defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Engage in the proceeding of the malicious prosecution process to prosecute,Oppression under color of Office.</u>

5) Defendant <u>A.STEGE DA</u> resides at <u>200 Lewis Ave.Las Vegas NV</u>,
        (full name of first defendant)        (address if first defendant)
and is employed as <u>Duty District Attorney</u> . This defendant is sued in his/her
        (defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Engage in the proceeding of the malicious prosecution process to prosecute,Oppression under color of Office.</u>

2

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant B.TURNER DA _____ resides at 200 Lewis Ave.Las Vegas NV,
        (full name of first defendant)        (address if first defendant)
and is employed as Duty District Attorney _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
X___ individual _X__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: Engage in the proceeding of the malicious prose-
cution process to prosecute,Oppression under color of Office

3) Defendant S.CLOWERS DA _____ resides at 200 Lewis Ave. Las Vegas NV,
        (full name of first defendant)        (address if first defendant)
and is employed as Duty District Attorney _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: Engage in the proceeding of the malicious prose-
cution process to prosecute, Oppression under color of Office

4) Defendant SHANON CLOWERS DA _____ resides at 200 Lewis Ave.Las Vegas NV,
        (full name of first defendant)        (address if first defendant)
and is employed as Duty District Attorney _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
_X_ individual _X__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____

5) Defendant _____ resides at _____,
        (full name of first defendant)        (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____

2

6) Defendant <u>J.Miranda#8351</u> resides at <u>CLARK COUNTY LAS VEGAS NV</u>,
    (full name of first defendant)                    (address if first defendant)
and is employed as <u>Interal Affairs LVMPD</u> . This defendant is sued in his/her
    (defendant's position and title, if any)
  <u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Failure to intervene,denied  proper investigation</u>

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

Arrested May17,2010 at 128 Edelweiss St Las Vegas NV 89110.At
gun point by LVMPD officers Guy Louis Turner#13518,Bryan Rocha#
13510,Nathan Herlean#14085,Eric Fenrich#13145.Charges being
Battery/Domestic Violence Strangulation,other officers present
Travis,Chapman#14079,Vincent D'Angelo#5787,Cory Draeger#13329
Josue,Esparza#9373,Travis Swartz#13142.Case No 10F09483X dismiss
count 1 April 7,2011,Case No 10C265141 dismiss count 2 June 9
2011.On June 23,2010 pled not guilty invoked the 60 day Speedy
Trial,on August 16 2010,denied a Speedy Trial.On June 29,2010
Revocation of Probation on fabrication Battery/Domestic Viole-
nce Strangulation chargers falsely to institute or maintain
any action or proceeding against Bobby Lee Montgomery

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

SEE Exhibit A. LVMP Temporary Custody Record.
SEE Exhibit B. CASE Summary CASE No 10C 265141
SEE Exhibit C. APPEARANCES - HEARING CASE NO 10F09483X

## COUNT I

The following civil rights has been violated: 4th Amendment free from unreasonable seizure,false arrest.14th Amendment free from malicious prosecution,Right to Libery.

> Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

May 17,2010 LVMPD officers enter the front open door at 128 Edelweiss St.Las Vegas NV 89110,without given a notice of their present or getting consent to enter from the occupants of the house at gun point.LVMP officers were Guy Louis Turner#13518, Bryan Rocha#13510,Nathan Herlean#14085,Eric Fenrich#13145.Gun point being the show of authority under the colors of law the force used in the seizure,arrest,and detention.While allege victim Henson stood in hallway entrance of the back bedroom doorway argueing with Bobby L.Montgomery while I laid across the bed in the bedroom.Officers order Henson to exit down the hallway path,then order myself to exit bedroom confronted with officers pointing and aiming their guns at me thought I was shot had vision of the gun blast,the imminent fear of being shot place myself in the zone of danger of the sudden impact of being shot or killed by LVMPD officers.Seizured,arrested handcuff in hallway of the house order to place hands on top of head,turn around get down on my knees cross my legs.Arrested on two non corroborating statements of allege victim and eyewitness without any physcial marks as evident to support the charge.LVMP G.Turner improperly bolstered his police report assert facts not supported by state ments.Approved by LVMP,Lt.Ron Fox#3313,LVMP,E.Robinson#3889. Grievance file 6/12/10-7/4/10 to Internal Affairs LVMP,J.Miranda

SEE Exhibit D DOMESTIC BATTERY REPORT
SEE Exhibit E Incident Report

## COUNT II

The following civil rights has been violated: 14th Amendment free from malicious prosecution,Right to Libery,8th Amendment free from false imprisonment. Right to move freely,free from cruel and unusual punishment.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On June 29,2010 Revocation of Probation Case #08C250236 new charge 10F09483X count 1 dismiss April 7,2011,Case 10C265141 count 2 dismiss June 9 2011.Shawn A Morgan DA,maliciously procure the probation revoke,invoking the institution of BobbyL.Montgomery without substantial evidents to support Battery Domestic Violence Strangulation charges.Knowingly intentionally used scant evidence non corroborate fabricated witness statements which dimetrically opposed one another that or logically incompatible.Absent any phyiscal marking to support Strangulation chargers.Using G.Turner LVMPD#13518 bolstered police report,this action lack pivotal grounds an should be deem as an act of complicity on the part of LVMPD officers,Shawn A Morgan,Court and all others involved in this matter.Which bring about a Constitutional violation of the fourth,fifth,eighth and fourteenth amendment through the Due Process Clause.Absent legal authority or justification this act was obviously inflicted in wholly arbitrary fashion.Which cause deprivation of Liberty which constitute cruel and unusual punishment false arrest,false imprisonment.State of Nevada denied Bobby L.Montgomery with in its jurisdiction the equal protection of the laws in the falsely and maliciously to institute or maintain any proceeding to procure another to be arrested or proceeded against for a crime.

5

SEE Exhibit F court minutes June 29, 2010

outline).

a)  Defendants: LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET,AL

b)  Name of court and docket number: U.S.DISTRICT COURT NV.2:11-cv--02079

c)  Disposition (for example, was the case dismissed , appealed or is it still pending?):
    Pending

d)  Issues raised: Malicious prosecution,Illegal arrest,search
    seizure,Incarceration

e)  Approximate date it was filed: 12/23/2011

f)  Approximate date of disposition: _____

2)  Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
____ Yes   _X_ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous
    ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ____ No.  If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

8

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## TEMPORARY CUSTODY RECORD

Page 1 of 1

DATE OF ARREST: 5-17-10   TIME OF ARREST: 1218

I.D. #: 2014152   Event #: 100517-1861

I.D. ESTAB BY: SCOPE

INTAKE NAME (AKA, ALIAS, ETC) Last: Montgomery   First: BoBBy   Middle: LEE   True Name Last / First / Middle

ADDRESS: 1110 REQUWUD   BLDG /APT. #:   CITY: L. V Estates   STATE: NV   ZIP: 84108

PRESENT OR LAST PLACE OF EMPLOYMENT: None

DATE OF BIRTH: 11-2-60   RACE: B   SEX: M   HEIGHT: 5-11   WEIGHT: 180   HAIR: BLK   EYES: BRO
SOCIAL SECURITY #: 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   Speak English? ☑Yes ☐No   PLACE OF BIRTH: Dallas, TX

LOCATION OF CRIME (# - Street - City - State - Zip): 1110 IS DELWEISS L/V/N 84110   LOCATION OF ARREST: S/A   Citizen Arrest: Y ☐ N(☐)   Sex/cul/Beat: G   PCR #: 9

| BKG. CODE | CHARGE ORD / NRS # | | | M | GM | F | ARR TYPE* | EVENT NUMBER | WARR / NCIC NUMBER | LV | JC | COURT DC | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VAN1T | BATT DV STRANGULATION / was 2014152 | | | ☐ | ☐ | ☒ | PC | PC 100517-1861 | | ☐ | ☒ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | | | | ☐ | ☐ | ☐ | ☐ |

*ARREST TYPE:    PC – PROBABLE CAUSE    BS – BONDSMAN SURRENDER    BW – BENCH WARRANT    WA – WARRANT    RM – REMAND    GJI – GRAND JURY IND.

OTHER COURT:

Arresting Officer's Signature ___   (Print Name): 16. Poveda / 13518 / LVMPD   P #: 13518   Agency: S/A

Transporting Officer's Signature ___   (Print Name): ___   P #: ___   Agency:

**OFFICER MUST SIGN SECOND PAGE WITH ORIGINAL SIGNATURE.**

☒ FOR PROBABLE CAUSE/NCIC HIT ARREST SEE PAGE TWO FOR DETAILS

☐ BENCH WARRANT SERVED ON ___

☐ WARRANT SERVED ON ___

☐ GRAND JURY INDICTMENT SERVED ON ___

TYPE OF ID FOR VERIFICATION: NV ID

APPROVAL CONTROL # FOR ADDITIONAL CHARGES.

PHOTO

Time Stamp at BOOKING

Exhibit A

LVMPD 22 (REV. 6-04)   (1) CENTRAL RECORDS • ORIGINAL

P #:

# CASE SUMMARY
## CASE NO. 10C265141

| | | | |
|---|---|---|---|
| The State of Nevada vs Bobby L Montgomery | § § § § § § § | Location: Judicial Officer: Filed on: Conversion Case Number: Defendant's Scope ID #: Lower Court Case Number: | **Department 8** **Smith, Douglas E.** **06/07/2010** **C265141** **2624152** **10F09483** |

---

### CASE INFORMATION

| Offense | Deg | Date | |
|---|---|---|---|
| 1. BATTERY. | F | 01/01/1900 | **Case Type:** **Felony/Gross Misdemeanor** |
| 1. BATTERY DOMESTIC VIOLENCE | F | 01/01/1900 | **Case Flags:** **Bail Set** |
| 1. ACTS WHICH CONSTITUTES DOMESTIC VIOLENCE | F | 01/01/1900 | **Custody Status – In Custody** |

---

### CASE ASSIGNMENT

**DATE**

**Current Case Assignment**
Case Number      10C265141
Court      Department 8
Date Assigned      06/07/2010
Judicial Officer      Smith, Douglas E.

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Defendant** | **Montgomery, Bobby L** | **MacArthur, Jonathan E.** *Retained* 7028682724(W) |
| **Plaintiff** | **State of Nevada** | **Roger, David J.** 702-671-2700(W) |

---

### EVENTS & ORDERS OF THE COURT

| DATE | | INDEX |
|---|---|---|
| 06/07/2010 | Criminal Bindover *CRIMINAL BINDOVER Fee $0.00* | *10C2651410001.tif pages* |
| 06/07/2010 | Hearing *INITIAL ARRAIGNMENT* | *10C2651410002.tif pages* |
| 06/14/2010 | Information *INFORMATION* | *10C2651410004.tif pages* |
| 06/16/2010 | **Initial Arraignment** (10:30 AM) (Judicial Officer: Martin, Eugene) Events: 06/07/2010 Hearing *INITIAL ARRAIGNMENT Relief Clerk: Carole D'Aloia Reporter/Recorder: Kiara Schmidt Heard By: EUGENE MARTIN* | |
| 06/16/2010 | Hearing *ARRAIGNMENT CONTINUED* | *10C2651410005.tif pages* |
| 06/22/2010 | Request Filed by: Defendant Montgomery, Bobby L *EX PARTE MOTION TO WITHDRAW DUE TO CONFLICT* | *10C2651410006.tif pages* |
| | | *10C2651410007.tif pages* |

*Exhibit B*

*Printed on 11/09/2010 at 10:40 AM*

# CASE SUMMARY
## CASE NO. 10C265141

| 06/22/2010 | Order |  |
|---|---|---|
|  | Filed By:  Defendant  Montgomery, Bobby L |  |
|  | *ORDER GRANTING MOTION TO WITHDRAW DUE TO CONFLICT* |  |
| 06/23/2010 | **Arraignment Continued** (10:30 AM)  (Judicial Officer: Martin, Eugene) |  |
|  | Events: 06/16/2010 Hearing |  |
|  | *ARRAIGNMENT CONTINUED* |  |
| 06/29/2010 | Reporters Transcript | *10C2651410010.tif pages* |
|  | *REPORTER'S TRANSCRIPT OF PRELIMINARY HEARING - HEARD 06-03-10* |  |
| 07/13/2010 | Notice of Witnesses and/or Expert Witnesses | *10C2651410011.tif pages* |
|  | *NOTICE OF WITNESSES AND/OR EXPERT WITNESSES* |  |
| 08/04/2010 | **Calendar Call** (8:30 AM)  (Judicial Officer: Smith, Douglas E.) |  |
| 08/16/2010 | *CANCELED*  **Jury Trial** (10:30 AM) |  |
|  | *Vacated - per Judge* |  |
|  | *and RESET* |  |
| 10/06/2010 | Notice of Witnesses and/or Expert Witnesses |  |
|  | *Supplemental Notice of Witnesses* |  |
| 10/27/2010 | **Calendar Call** (8:30 AM)  (Judicial Officer: Smith, Douglas E.) |  |
| 11/01/2010 | *CANCELED*  **Jury Trial** (10:30 AM)  (Judicial Officer: Smith, Douglas E.) |  |
|  | *Vacated - per Judge* |  |
|  | *and RESET* |  |
|  | Calendar Call (8:30 AM) (Judicial Officer: Smith, Douglas E.) |  |
|  | Trial (10:30 AM)  (Judicial Officer: Smith, Douglas E.) |  |

*Exhibit B (2)*

*Printed on 11/09/2010 at 10:+0 AM*

# JUSTICE COURT, LAS VEGAS TOWNSHIP

STATE VS.   **MONTGOMERY, BOBBY LEE**

CASE NO.   10F09483X

PAGE:   1

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES - HEARING | CONTINUED TO: |
|---|---|---|
| MAY 19, 2010 | CRIMINAL COMPLAINT FILED:<br>**COUNT 1 – BATTERY CONSTITUTING DOMESTIC VIOLENCE – STRANGULATION**<br>**COUNT 2 – BATTERY CONSTITUTING DOMESTIC VIOLENCE** | JCC |
| MAY 20, 2010<br>T. ABBATANGELO<br>S. MORGAN, DA<br>C. JORGENSON, PD<br>R. SILVAGGIO, CR<br>S. ROBINSON, CLK | INITIAL ARRAIGNMENT<br>DEFENDANT PRESENT IN COURT **IN CUSTODY COUNT 1**<br>ADVISED OF CHARGES/WAIVES READING OF COMPLAINT<br>COURT APPOINTS PUBLIC DEFENDER TO REPRESENT THE DEFENDANT<br>PRELIMINARY HEARING DATE SET<br>FUTURE COURT DATE VACATED 6-16-10 8AM<br><br>DEFENDANT REMANDED TO THE CUSTODY OF THE SHERIFF COUNT 1<br>NO BAIL POSTED COUNT 2 | 6-3-10 9:00 #3<br><br><br><br><br>JCC |
| JUNE 3, 2010<br>J.T BONAVENTURE,<br>FOR ABBATANGELO<br>S. MORGAN, DA<br>C. JORGENSON, PD<br>R. SILVAGGIO, CR<br>S. ROBINSON, CLK | TIME SET FOR PRELIMINARY HEARING AND TRIAL<br>DEFENDANT PRESENT IN COURT *IN CUSTODY COUNT 1*<br>STATE WITNESSES<br>  SHERRI HINSON – WITNESS IDENTIFIES DEFENDANT<br>COURT AMENDED DEFENDANT'S NAME THROUGH DELINEATION TO REFLECT **"SHERRIE HINSON"**<br>STATE RESTS<br>DEFENDANT WAIVES RIGHT TO MAKE SWORN OR UNSWORN STATEMENT<br>DEFENSE RESTS | 6-16-10 10:30 DC<br>ARRAIGNMENT<br>**COUNT 1 ONLY** |
| | SUBMITTED WITHOUT ARGUMENT<br>**COUNT 2 – BIFURCATED – CONTINUED FOR STATUS CHECK**<br>DEFENDANT BOUND OVER TO DISTRICT COURT **8 AS CHARGED**<br>DEFENDANT TO APPEAR IN THE LOWER LEVEL ARRAIGNMENT COURTROOM A<br>APPEARANCE DATE SET<br><br>REMANDED TO THE CUSTODY OF THE SHERIFF – COUNT 1<br>NO BAIL POSTED – COUNT 2 | 12-1-10 8 AM #3<br>**COUNT 2**<br><br><br><br><br><br>SLR |
| DECEMBER 1, 2010<br>T. ABBATANGELO<br>J. VILLANI, DA<br>S. EMERICK, PD<br>R. SILVAGGIO, CR<br>S. ROBINSON, CLK | DEFENDANT **NOT** PRESENT IN COURT<br>MOTION BY DEFENSE TO CONTINUE – MOTION GRANTED<br>STATUS CHECK ON DISTRICT COURT<br><br>NO BAIL POSTED | 12-9-10 8:00 #3<br><br><br>JCC |
| DECEMBER 9, 2010<br>T. ABBATANGELO<br>A. STEGE, DA<br>C. JORGENSON, PD<br>E. MCCORD, CR<br>S. ROBINSON, CLK | DEFENDANT **NOT** PRESENT IN COURT<br>PASSED BY COURT FOR STATUS CHECK ON DISTRICT COURT COUNT 1<br>DATE SET<br><br>NO BAIL POSTED | 1-27-11 10:45 #4<br><br><br>JCC |

*Exhibit C*

# JUSTICE COURT, LAS VEGAS TOWNSHIP

CASE NO. __10F09483X__

STATE VS. __MONTGOMERY, BOBBY LEE__

PAGE: 2

| DATE, JUDGE OFFICERS OF COURT PRESENT | APPEARANCES   HEARING | CONTINUED TO: |
|---|---|---|
| JANUARY 27, 2011<br>M. SARAGOSA<br>B. TURNER, DA<br>PD REMAINS<br>K. MACDONALD, CR<br>M. KRAUS, CLK | DEFENDANT NOT PRESENT IN COURT<br>**COUNT 2:** PASSED BY COURT FOR STATUS CHECK ON FELONY COUNT IN DISTRICT COURT<br><br>NO BAIL POSTED | 4-7-11 1:30 #4<br><br>RS |
| APRIL 7, 2011<br>M. SARAGOSA<br>S. CLOWERS, DA<br>J. MACARTHUR, ESQ<br>M. LEONARD, CR<br>M. KRAUS, CLK | DEFENDANT PRESENT IN COURT<br>PLEA OF NOT GUILTY, SET FOR TRIAL<br>COUNT 1 – DISMISSED BY COURT<br><br>NO BAIL POSTED | 06/09/11 8:30 #4<br><br>SBR |
| MAY 13, 2011 | SUBSTITUTION OF ATTORNEYS FILED BY DEFENSE | AMC |
| JUNE 9, 2011<br>L. MARQUIS FOR<br>M. SARAGOSA<br>SHANON CLOWERS, DA<br>PATRICK MCDONALD, ESQ<br>K. MACDONALD, CR<br>M. KRAUS, CLK | TIME SET FOR PRELIMINARY HEARING<br>DEFENDANT NOT PRESENT IN COURT<br>PER NRS 174.085, MOTION BY STATE TO DISMISS, GRANTED<br>JUDGMENT ENTERED | MRK |

*Exhibit C (1)*

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## DOMESTIC BATTERY REPORT

Page 1 of 3

Event # L00512-1861

Primary Crime(s): BATT DV/STRANGULATION

[ ] City [ ] FLO [ ] STA X F  Sector/Beat: 6L
[ ] County [ ] M [ ] GM

Location of Incident:  (Number & Street) ____  Bldg. # ____  Apt. # ____  City L VEGAS  State NV  Zip Code 89146

| | Month | Day | Year | Day/Wk | Time | | Month | Day | Year | Time | Connecting Reports |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Occurred | 5 | 17 | 10 | Mon | 1106 | Report Taken | 5 | 17 | 10 | 1225 | HEREL ARREST |

| | Y | N | | Y | N | P# 1313 | Reporting Officer G. TURNER | Squad | Follow-Up? Y N |
|---|---|---|---|---|---|---|---|---|---|
| Was there a witness? | | X | Is there physical evidence present? (i.e., visible injury, weapons, etc.) | | X | P# 1556 | Reporting Officer R. Pacific | | NE22 |
| Has victim requested temporary housing? | | X | Is there a T.P.O. in effect? T# _____ | | X | P# | Supervisor Approving | | |
| | | | | | | P# | ID Specialist | | |

### ● ALWAYS LIST VICTIM(S) FIRST ●

**#-L** [X] Victim [ ] Suspect [ ] Unknown [ ] Arrestee  Name (Last/First/Middle): HENSON, SHEERI  [X] Vol. St. [ ] Vol. St. Refused  Why: _____  Language Non-English Speaking [ ]

Date of Birth: 64  Social Security #: _____  Race B  Sex F  Ht. 54  Wt. 167  Hair BLK  Eyes BRO  Victim given Domestic Violence Information Card? [X] Yes [ ] No

Residence Address: (Number & Street) _____  Bldg/Apt# ____  City L VEGAS  State NV  Zip Code 89110  Res. Phone: _____  Bus. Phone: _____  Ext.

Emergency Name & Address: (Number & Street) _____  Bldg/Apt# ____  City ____  State ____  Zip Code ____  Emergency Contact #

Relationship between victim number ____ and person number ____ (Check all applicable): [ ] Spouse [ ] Former Spouse [ ] By Marriage [ ] By Blood [ ] Parent [ ] Child [ ] Child in Common [X] Dated 5 (mos) (yrs) [X] Cohabitants [ ] Former Cohabitants

**#-2** [ ] Victim [ ] Suspect [ ] Unknown [X] Arrestee  Name (Last/First/Middle): Montgomery, BOBBY LEE  [ ] Vol. St. [X] Vol. St. Refused  Why: _____  Language Non-English Speaking [ ]

Date of Birth: 11-2-60  Social Security #: 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  Race B  Sex M  Ht. 5-11  Wt. 190  Hair BLK  Eyes BRO  Victim given Domestic Violence Information Card? [ ] Yes [X] No

Residence Address: (Number & Street) 1110 REDWOOD  Bldg/Apt# ____  City L VEGAS  State NV  Zip Code 89108  Res. Phone: _____  Bus. Phone: _____  Ext.

Emergency Name & Address: (Number & Street) _____  Bldg/Apt# ____  City ____  State ____  Zip Code ____  Emergency Contact #

Relationship between person number 2 and person number ____ (Check all applicable): [ ] Spouse [ ] Former Spouse [ ] By Marriage [ ] By Blood [ ] Parent [ ] Child [ ] Child in Common [X] Dated 1.5 (mos) (yrs) [X] Cohabitants [ ] Former Cohabitants

**#1** [ ] Drugs [ ] Alcohol [X] Unknown  [X] Signs Physical Contact:

Polaroids? [X] Yes [ ] Digital
[ ] CSI/Person/Scene
[ ] No, because _____

**Demeanor**
[X] Angry
[ ] Threatening
[ ] Crying
[ ] Fidgeting
[ ] In Fear
[X] In Pain
[ ] Nervous
[ ] Nursing Body Part
[ ] Erratic Speech
[ ] Irregular Breathing
[ ] Hysterical
[ ] Apologetic
Other: _____

**#2** [ ] Drugs [ ] Alcohol [X] Unknown  [ ] Signs Physical Contact:

Polaroids? [ ] Yes [ ] Digital
[ ] CSI/Person/Scene
[X] No, because PHYSICAL MARK

**Demeanor**
[ ] Angry
[ ] Threatening
[ ] Crying
[ ] Fidgeting
[ ] In Fear
[ ] In Pain
[X] Nervous
[ ] Nursing Body Part
[ ] Erratic Speech
[ ] Irregular Breathing
[ ] Hysterical
[ ] Apologetic
Other: _____

| Children Present 1 (Name) | Age | (Post Incident Location) | Witnessed? Y N | Children Present 2 (Name) | Age | (Post Incident Location) | Witnessed? Y N |
|---|---|---|---|---|---|---|---|

| Witness 1 (Name) PROUT, PAMELA | (Address) | (DOB) NEW BACK | (Phone) | Stmt. Obt.? [X] Yes [ ] No |
|---|---|---|---|---|
| Witness 2 (Name) | (Address) | (DOB) | (Phone) | Stmt. Obt.? [ ] Y [ ] N |

Mark signs of physical contact on diagram above:

1 = Abrasion; 2 = Black eye; 3 = Bleeding; [ ] Nose [ ] Mouth [ ] Other _____ ; 4 = Broken/Possibly Broken Bone; 5 = Bruise; 6 = Bump/Lump;
7 = Burned; 8 = Cut; [ ] Lip [ ] Cheek [ ] Other _____ ; 9 = Pain Only; 10 = Pulled Hair; 11 = Reddening [ ] Cheek [ ] Arm [ ] Other _____
12 = Scratched _____ ; 13 = Swollen/Swelling; 14 = Torn Clothing; 15 = Welt _____

LVMPD 611 (Rev. 7-08)

REPRODUCED AS POSSIBLE BEST COPY

Exhibit D

Page _2_ of _3_

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## DOMESTIC BATTERY REPORT

EVENT # 100519 - 1861

ANY Call to Dispatch. ☐ No ☒Yes @ __1156__ hrs. Dispatched @ __1159__ . Arr @ Scene @ __1206__ . Caller ☒ Victim ☐ Suspect ☐ Child ☐ Neighbor

**Primary Aggressor:** ☒Prior History ☐ Defense Wounds ☒ Injury Severity ☐ Potential future injury ☒ Corroborating Witness ☐ Other _____

**Mitigating Factors:** ☐ No Evidence Injury ☐ Aggressor Undetermined ☐ GOA ☐ Over 24 Hours ☐ Other _____

**If Arrested Both Parties, Reason:** ☐ Excessive Response ☐ Delay Between Acts ☐ Agreement to Fight ☐ Prior History ☐ Defense Wounds ☐ Injury Severity
☐ Potential Future Injury ☐ Other _____

AMR or SOUTHWEST  Unit: __2216__   LVFD or CCFD:  Unit: __16__   ☐ Transported ☒Will Seek Own Doctor

Background Noises Upon Arrival? __YELLING__

Medical Release.
☐ Signed
☐ Refused
☐ Non-Available
☐ Will Sign

Suspect Name: __MONTGOMERY, BOBBY__   ID#: __2624152__

Narrative (Initial Arrival Observations; Detailed Crime Scene Description - including items fought over, disturbed, evidence and weapons present and/or seized; Victim Interview(s); Witness Interview(s); Suspect Interview):

ON 5-19-10 AT APPROXIMATELY 1159 HRS I OFFICER
G. TURNER WAS DISPATCHED TO [redacted] ST LVN #11 FOR A FAMILY
DISTURBANCE. DETAILS OF THE CALL STATED THAT A BMA IDENTIFIED AS BOBBY MONTGOMERY
WAS INSIDE ASSAULTING CHOKING HER FRIEND.
    WHEN I ARRIVED I SPOKE WITH THE VICTIM SHERRIE HENSON DOB 6-10-64
WHO STATED THAT HER AND MONTGOMERY WHERE ARGUING DUE TO HENSON CONFRONTING
MONTGOMERY ABOUT HIM CHEATING ON HER. MONTGOMERY BECAME VERY IRATE AND
GRABBED HENSON BY THE THROAT WITH BOTH HANDS. MONTGOMERY CONTINUED TO
SQUEEZE HER NECK. MONTGOMERY LET GO OF HER AND KICKED HER IN HER
RIGHT BUTT CHECK LEAVING A SCRATCH ON HER.
    I SPOKE TO PAMELA PEEVY WHO WAS IN THE RESIDENCE AT THE SAME TIME.
PEEVY STATED THAT SHE WALKED HOME WITH HENSON FROM THE BUS STOP. PEEVY
SAID THAT WHEN THEY ARRIVED AT THE HOUSE MONTGOMERY CAME OUT SIDE
YELLING AT HER THEN SLAPPED HER. THEY BOTH WENT INSIDE AND PEEVY OBSERVED
MONTGOMERY GRAB HENSON WITH BOTH HANDS AND BEGIN TO CHOKE HER
AROUND THE NECK. PEEVY SAID THEY BOTH THEN WENT TO THE ROOM AND
MONTGOMERY STILL HAD HENSONS NECK. PEEVY LEFT THE RESIDENCE AND
CALLED POLICE.
    I SPOKE TO MONTGOMERY WHO STATED THAT HENSON FOUND OUT ABOUT
HIM BEING WITH ANOTHER GIRL. THEY BOTH ARGUED ABOUT IT (BUT NO
PHYSICAL CONTACT WAS MADE. MONTGOMERY SAID HE WAS LAYING ON THE BED)
THE ENTIRE TIME.
    MONTGOMERY AND HENSON HAVE BEEN DATING FOR APPROXIMATELY 2 YEARS AND

### (DO NOT COMPLETE UNLESS ARREST IS MADE)

As a peace officer with the Las Vegas Metropolitan Police Department for __1 (8)__ ☒ years ☒ months, I declare, subject to the penalty of
perjury, that the above information is true and correct to the best of my knowledge or information and belief as identified. The above described information
give me probable cause to believe that on __19 May__ __2010__ this __MONTGOMERY, BOBBY__ (name @ booking) also known as
_____ (true name per SCOPE), committed the crime(s) of __BATTERY DV (STRANGULATION)__

in the location of __128 FIDELWEISS__ within ☐ Clark County ☒CLV. Declarant prays that your Honorable
Magistrate find probable cause exists to hold the above-named person to answer such charge(s).

Dated this __19TH__ Day of __MAY__ __2010__

Declarant/Affiant (sign and print) P#  __G. TURNER 13518__

Officer's preferred court time:

M ☒ W ☒ F ☒ AM ☐ PM

Supervisor Name (sign and print) P#
(Must be signed by Supervisor if Felony)

LVMPD 611a (Rev. 3-05)

10F09483X - MONTGOMERY, BOBBY    Page 5 of 15    Exhibit D(1)

DISPATCH INFO

Page __ of __

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## DOMESTIC BATTERY REPORT

EVENT #
100517-1861

ANY Call to Dispatch: [ ] No [ ] Yes @ _____ hrs. Dispatched @ _____ Air @ Scene @ _____ Caller: [ ] Victim [ ] Suspect [ ] Child [ ] Neighbor

**Primary Aggressor:** [ ] Prior History [ ] Defense Wounds [ ] Injury Severity [ ] Potential future injury [ ] Corroborating Witness [ ] Other _____

**Mitigating Factors:** [ ] No Evidence Injury [ ] Aggressor Undetermined [ ] GOA [ ] Over 24 hours [ ] Other _____

**If Arrested Both
Parties, Reason:** [ ] Excessive Response [ ] Delay Between Acts [ ] Agreement to Fight [ ] Prior History [ ] Defense Wounds [ ] Injury Severity
[ ] Potential Future Injury [ ] Other _____

AMR or SOUTHWEST Unit: _____ LVFD or CCFD: Unit: _____ [ ] Transported [ ] Will Seek Own Doctor

Medical Release:
[ ] Signed
[ ] Refused
[ ] Non-Available
[ ] Will Sign

Background Noises Upon Arrival? _____

Suspect Name: MONTGOMERY, BOBBY    ID#: 2624152

Narrative (Initial Arrival Observations; Detailed Crime Scene Description - including items fought over, items disturbed, evidence and weapons present and/or seized;
Victim Interview(s); Witness Interview(s); Suspect Interview): THAT THEY HAVE BEEN LIVING TOGETHER FOR 1 YEAR
DUE TO THE CORROBORATING STATEMENTS BY HENSON AND BEEVER ALONG WITH
INJURIES MONTGOMERY WAS PLACED UNDER ARREST FOR BATTERY DOMESTIC VIOLENCE
(STRANGULATION) AND WAS TRANSPORTED TO CCDC AND BOOKED ACCORDINGLY

### (DO NOT COMPLETE UNLESS ARREST IS MADE)

As a peace officer with the Las Vegas Metropolitan Police Department for __1 (8)__ [x] years [x] months, I declare, subject to the penalty of
perjury, that the above information is true and correct to the best of my knowledge or information and belief as identified. The above described information
give me probable cause to believe that on __17 MAY__, 2002010 MONTGOMERY, BOBBY (name @ booking) also known as
_____ (true name per SCOPE), committed the crime(s) of __BATTERY DV (STRANGULATION)__

in the location of __125 FOELLRISS__ _____ within [ ] Clark County [x] CLV. Declarant prays that your Honorable
Magistrate find probable cause exists to hold the above-named person to answer such charge(s).

Dated this __17TH__ Day of __MAY__ 200_2016_

Declarant/Affiant (sign and print) P# ____ 13518

Officer's preferred court time:

M (T) W D F  [x] AM [ ] PM

Supervisor Name (sign and print) P#
(Must be signed by Supervisor if Felony)

LVMPD 611a (Rev. 3-05)

L. VEGAS METROPOLITAN POLICE DEPARTMENT    10F09483X/3

# ARREST REPORT

| ☐ City | ☐ County | ☒ Adult | ☐ Juvenile | Sector/Beat | G1 |

| ID/EVENT# | ARRESTEE'S NAME | | (Last, First, Middle) | | S.S.# |
|---|---|---|---|---|---|
| 2624152 | MONTGOMERY, BOBBY | | | | |

**ARRESTEE'S ADDRESS**   (Number, Street, City, State, Zip Code)
▓▓▓▓▓▓ LAS VEGAS, NEVADA, 89110

**CHARGES:**   BATTER/DOMESTIC VIOLENCE, STRANGULATION, NRS 200.485

| OCCURRED: | DATE | DAY OF WEEK | TIME | LOCATION OF ARREST (Number, Street, City, State, Zip Code) |
|---|---|---|---|---|
| | 05/17/10 | MONDAY | 1156 HRS | ▓▓▓▓ LAS VEGAS, NEVADA, 89110 |

| RACE | SEX | D.O.B. | HT | WT | HAIR | EYES | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|
| B | M | | 5'11" | 190 | BLK | BRO | |

**CIRCUMSTANCES OF ARREST**

OFFICERS INVOLVED:          Officer G. Turner, P#13518
                            Officer B. Rocha, P#13510

VICTIM:                     Henson, Sheeri
                            Address:  1▓▓▓▓▓▓▓,
                            Las Vegas, Nevada, 8▓▓0
                            Phone: ▓▓▓▓▓▓▓

WITNESS:                    Peevy, Debra (verbatim)
                            Address: ▓▓▓▓▓▓▓
                            North Las Vegas, Nevada, ▓▓▓

MEDICAL PERSONNEL:          AMR Unit #2716

                            Las Vegas Fire Department Engine #16

                            Medical was refused

DETAILS:

On May 17, 2010, at approximately 1159 hours, I, Officer G. Turner, P#13518, was dispatched to ▓▓▓▓▓▓▓ Street, Las Vegas, Nevada, 89110, in G1, for a family disturbance. Details of the call stated that a black male adult, who was later identified as Bobby Montgomery, ID #2624152, was inside the residence, choking her friend, and slapped her.

When I arrived, I spoke to the victim, Sheeri Henson, date of birth 06/10/64, who stated that she and Montgomery were arguing, due to Henson confronting Montgomery about

| ARRESTING OFFICER(S) | P# | APPROVED BY | CONNECTING RPTS. (Type or Event Number) |
|---|---|---|---|
| G. TURNER | 13518 | Lt Ron Fox P 3313 5-17-10 @ 2038 Hours | 100517-1861 |

LVMPD 602 (REV. 12-90) - AUTOMATED

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CONTINUATION REPORT

ID/Event Number:     2624152                                                       Page 2 of 2

cheating on her. Montgomery became very irate, and grabbed Henson by the throat with both hands. Montgomery continued to squeeze her neck. Montgomery let go of her, and kicked her in her right butt-cheek, leaving a scratch on her. After that, police arrived.

I spoke to Pamela Peevy (verbatim), who was in the residence at the same time. Peevy stated that she walked home with Henson from the bus-stop. Peevy said that, when they arrived at the house, Montgomery came outside yelling at her, and then slapped her in the face. They both went inside, and Peevy observed Montgomery grab Henson with both hands, and begin to choke her around the neck. Peevy said they both then went into the room, and Montgomery still had Henson's neck. Peevy left the residence, and called police, and saw nothing else.

I spoke with Montgomery, who stated that Henson found out about him being with another girl. They both argued about it, but no physical contact was made. Montgomery said that he was laying on the bed the entire time. Montgomery and Henson have been dating for approximately two years, and that they have been living together for one month.

Due to the corroborating statements by Henson and Peevy, along with injuries, Montgomery was placed under arrest for battery/domestic violence, strangulation. He was transported to Clark County Detention Center, where he was booked accordingly.

GT/jat (Records)
Job #150560
Date and Time Dictated:    05/17/10 1402 hours
Date and Time Transcribed:    05/17/10 1622 hours

cc:    Officer G. Turner/NE22

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT

Page 1 of 1

Event # 100527 — 1861

THIS PORTION TO BE COMPLETED BY OFFICER

Specific Crime: BATTERY (ON) STRANGULATION

Date Occurred: 5-17-10    Time Occurred: 1156

Location of Occurrence: , LV, NV 89110

Sector/Beat: 61    ☑ City   ☐ County

Your Name (Last / First / Middle): HENSON   Sherrie Denise

| Race | Sex | Height | Weight | Hair | Eyes | Work Schd. (Hours) | (Days Off) |
|------|-----|--------|--------|------|------|--------------------|------------|
| B | F | 5/4 | 147 | BLK | BRN | 8:30-4:30 | SAT SUN |

Residence Address: (Number & Street)    Bldg./Apt.# City: LAS VEGAS   State: NV   Zip Code: 89110

Business / School

Can You Identify the Suspect? ☐ Yes ☐ No

**DETAILS** Came home WENT IN Rm he WAS GONE ALL
NIGHT WITH sue WE WAS FUSSING he GRAB
me by the throAt then Kicked me iN my
RIGHT ASS Kicked hole iN Closet DooR
my FRIEND RAN outside CALLED police
they CAME RUSHINg iN

*Exhibit D (5)*

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS
COMPLETED AT (LOCATION) → S/A
ON THE 17TH DAY OF MAY AT 1228 (AM / PM) 2010.

Witness/Officer: E.R. Ferrin (SIGNATURE)

Witness/Officer: E. FENRICH (PRINTED)   P# 13145

SIGNATURE OF PERSON GIVING STATEMENT: Sherrie Henson

LVMPD 85 (REV)

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Event # 100517 – '861

Page 1 of 1

---

**THIS PORTION TO BE COMPLETED BY OFFICER**

Specific Crime: BATTERY DV (STRAGULATION)

Location of Occurrence: LVN 8910

Date Occurred: 5-17-10
Time Occurred: 1156
☒ City ☐ County
Sector/Beat: 61

---

Your Name (Last / First / Middle): Peevy Debra Pamela Debra

Race: 13
Sex: F
Height: 5'11
Weight: 173
Hair: Black
Eyes: Brown
Work Schd. (Hours): Deflacio Frist
(Days Off)

Date of Birth: [redacted]
Social Security #: [redacted]
Business / School:

Residence Address: (Number & Street) Grove ct   Bldg./Apt.# City: N. Las Vegas NV State Zip Code 89030

Res. Phone: [redacted]
Bus. Phone: [redacted]
Occupation:
Depart Date (if visitor):

Bus. (Local) Address: (Number & Street)   Bldg./Apt.# City   State   Zip Code

Best place to contact you during the day:
Best time to contact you during the day:

Can You Identify the Suspect? ☐ Yes ☐ No

---

**DETAILS:** OFFICER HERLEAN P# 10085, WRITING IN BEHALF OF PAMELA PEEVY. I WAS WALKING FROM THE BUS STOP WITH SHARON WE GOT TO HER HOME AND THE MAN THE HOUSE CAME OUT SCREAMING "BITCH" AND OTHER BAD WORDS AND THEN SLAPPED HER THEN WHEN IN HOUSE HE CHOKED HER WITH BOTH HANDS IN THE LIVING ROOM THEN THEY MOVED BACK ROOM AND SHE WAS BEING CARRIED FROM AROUND THE NECK I LEFT THE HOUSE, CALLED POLICE AND NEVER WENT BACK INSIDE. I COULD HEAR HER SCREAMING

*Exhibit D(6)*

---

**I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION)** 178 FOGWELLS LV NV 87110
**ON THE** 17 **DAY OF** MAY **AT** 1220 (AM PM) 2010.

Witness/Officer: 80
(SIGNATURE)
Witness/Officer: N. HERLEAN   P# 14085   FOR PAMELA PEEVY
MONTGOMERY BOBBY   SIGNATURE OF PERSON GIVING STATEMENT

Printed by: K9480L
Printed date/time:  11/24/10 14:27

# Incident Report

Page 1 of 2

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**400 E STEWART**
LAS VEGAS, NEVADA, 89101
(702) 828-3111

Incident Number: **LLV100517001861**

## Incident Summary

| | | |
|---|---|---|
| Incident Type:  CRIMINAL INCIDENT | Report Type: | FIELD INCIDENT REPOI |
| Inc Occurred Address:   128 EDIELWIESS   LAS VEGAS, NV 89110 | Sector/Beat: | G1/G1 |
| Inc Occurred Start:   05/17/2010 11:56          Inc Occurred End: | Report Taken: | 05/17/2010 12:25 |
| Domestic: Y          Bias Motivation:          Gang Related:  U | Substance: | U |
| Contact Nature: | Reported Date/Time: | 05/17/2010 12:25 |
| Reporting Officer:   TURNER, G 13518          Primary Assigned Officer:  ROBINSON, E 3889 | | |
| Case Status:          Disposition: | Disposition Date: | 05/17/2010 10:08 |

### Offenses

Statute Code:   BATT200.481S                                      Enhancers:
Statute Desc:   BATTERY / DOMESTIC VIOLENCE -  (STRANGULATION)
Counts:    1     Statute Severity:   FELONY

## Persons Involved

Person#:  0002          MNI:  9081847                                      Can ID Suspect:   No
Event Association:   ARRESTEE          Contact Date/Time:
Name:   MONTGOMERY, BOBBY LEE

| | | |
|---|---|---|
| | DOB: 11/02/1960 | Age: 49 - 49   Sex: MALE | Race:  BLACK/AFRO AMER |
| Height:  5' 11"  - 5' 11" | Weight:  190 - 190 lbs | Eye Color:  BROWN | Hair Color:  BLACK |
| Address: 1110 REDWOOD   LAS VEGAS, NEVADA 89108 | | | Sector/Beat: |
| Phone Type 1: | Phone# 1: | Ext 1: | |
| Phone Type 2: | Phone# 2: | Ext 2: | |

Occupation:          Employer/School:

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| 13. Mitigating Factors | | |
| 14. Reason For Arrest | | |
| 16. Weapon Used | | |
| 17. Injury Severity | | |
| 18. Medical Treatment | | |
| 10. PHOTOS TAKEN | NO | NO PHYSICAL MARKS |
| 09. ALCOHOL/DRUGS INV | UNKNOWN | |
| DEMEANOR | NERVOUS/FIDGETING | |

The Use and Dissemination of this
Record is Regulated by Law   Secondary
Dissemination of any kind is Prohibited
and could subject this offender to Criminal
and Civil Liability
This Information Released To
Insurance/Attorney/Other
Montgomery, Bobby
By: V 9480r    Date: 11-26-10
Las Vegas Metro Police Dept.

*Exhibit E (1)*

Printed by: K9480L
Printed date/time:   11/24/10 14:27

# Incident Report

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 E STEWART
LAS VEGAS, NEVADA  89101
(702) 828-3111

Incident Number: LLV100517001861

## Narratives

ENTERED DATE/TIME: 5/20/2010 00:50:46
NARRATIVE TYPE:  INCIDENT CRIME REPORT
SUBJECT:  BATT DV (STRANGULATION)
AUTHOR: TURNER, G 13518


ON 05/17/10 AT APPROXIMATELY 1159 HRS I OFFICER G. TURNER WAS DISPATCHED TO 128 EDIELWIESS ST LV, NV 89110 FOR A FAMILY DISTURBANCE. DETAILS OF THE CALL STATED THAT A BMA IDENTIFIED AS BOBBY MONTGOMERY WAS INSIDE RESIDENCE CHOKING HER FRIEND. WHEN I ARRIVED I SPOKE WITH THE                                  WHO STATED THAT HER AND MONTGOMERY WERE ARGUING DUE TO              CONFRONTING MONTGOMERY ABOUT HIM CHEATING ON HER. MONTGOMERY BECAME VERY IRATE AND GRABBED          BY THE THROAT WITH BOTH HANDS. MONTGOMERY CONTINUED TO SQUEEZE HER NECK, MONTGOMERY LET GO OF HER AND KICKED HER IN HER RIGHT BUTT CHEEK LEAVING A SCRATCH ON HER.
I SPOKE TO PAMELA PEEVY WHO WAS IN THE RESIDENCE AT THE SAME TIME. PEEVY STATED THAT SHE WALKED HOME WITH          FROM THE BUS STOP. PEEVY SAID THAT WHEN THEY ARRIVED AT THE HOUSE MONTGOMERY CAME OUTSIDE YELLING AT HER THEN SLAPPED HER. THEY BOTH WENT INSIDE AND PEEVY OBSERVED MONTGOMERY GRAB          WITH BOTH HANDS AND BEGIN TO CHOKE HER AROUND THE NECK. PEEVY SAID THEY BOTH THEN WENT INTO THE ROOM AND MONTGOMERY STILL HAD          NECK. PEEVY LEFT THE RESIDENCE AND CALLED POLICE.
I SPOKE TO MONTGOMERY WHO STATED THAT          FOUND OUT ABOUT HIM BEING WITH ANOTHER GIRL. THEY BOTH ARGUED ABOUT IT BUT NO PHYSICAL CONTACT WAS MADE. MONTGOMERY SAID HE WAS LAYING ON THE BED THE ENTIRE TIME.
MONTGOMERY AND          HAVE BEEN DATING FOR APPROXIMATELY 2 YEARS AND THAT THEY HAVE BEEN LIVING TOGETHER FOR 1 YEAR. DUE TO THE CORROBORATING STATEMENTS BY          AND PEEVY ALONG WITH INJURIES MONTGOMERY WAS PLACED UNDER ARREST FOR BATTER DOMESTIC VIOLENCE (STRANGULATION) AND WAS TRANSPORTED TO CCDC AND BOOKED ACCORDINGLY.

_Exhibit E (2)_

08C250236

**DISTRICT COURT
CLARK COUNTY, NEVADA**

| Felony/Gross Misdemeanor | **COURT MINUTES** | June 29, 2010 |
| --- | --- | --- |

08C250236          The State of Nevada vs Bobby Montgomery

| June 29, 2010 | 8:15 AM | **Revocation of Probation** | **REVOCATION OF PROBATION** Court Clerk: Carol Donahoo Reporter/Recorder: Michelle Ramsey Heard By: Michael Villani |
| --- | --- | --- | --- |

**HEARD BY:**                                      **COURTROOM:**

**COURT CLERK:**

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

| | |
| --- | --- |
| Montgomery, Bobby | Defendant |
| Morgan, Shawn A. | Attorney |
| Page, Daniel | Attorney |
| Public Defender | Attorney |

**JOURNAL ENTRIES**

- Michael Dantonio from Parole and Probation (P&P) present.
Conference at the Bench. Mr. Morgan advised Deft. Montgomery has a new charge, 10F09483X; the new charge is enough to revoke Deft. Mr. Page advised the new charge Battery Constitutiong Domestic Violence - Strangulation, has been bound over to District Court and assigned Case No. C265141. Deft. is contesting the new charge for the reasons stated on the record. Deft. sworn and testified. Colloquy regarding disposition. COURT FINDS, Deft. in violation of his probation and ORDERED, Deft.'s PROBATION REVOKED; the original SENTENCE of TWELVE (12) MONTHS in the Clark County Detention Center (CCDC) is IMPOSED with SIXTY-FIVE (65) DAYS credit for time served.
CUSTODY

| PRINT DATE: | 11/09/2010 | Page 5 of 6 | Minutes Date: | December 16, 2008 |
| --- | --- | --- | --- | --- |

*Exhibit F*

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| Felony/Gross Misdemeanor | **COURT MINUTES** | June 23, 2010 |

10C265141         The State of Nevada vs Bobby L Montgomery

| | | | |
|---|---|---|---|
| June 23, 2010 | 10:30 AM | Arraignment Continued | **ARRAIGNMENT CONTINUED** |

**HEARD BY:**   Martin, Eugene                **COURTROOM:**   RJC Lower Level Arraignment

**COURT CLERK:**   Kristen Brown

**RECORDER:**   Kiara Schmidt

**REPORTER:**

**PARTIES PRESENT:**

| | |
|---|---|
| Jorgenson, Craig  F. | Attorney |
| MacArthur, Jonathan E. | Attorney |
| Montgomery, Bobby L | Defendant |
| Morgan, Shawn A. | Attorney |
| State of Nevada | Plaintiff |

## JOURNAL ENTRIES

- Statement by Mr. Jorgenson regarding filing a motion and requested that a contract attorney will need to be appointed. COURT ORDERED, Mr. MacArthur APPOINTED AS COUNSEL. Mr. MacArthur present and advised of the appointment. DEFT. MONTGOMERY ARRAIGNED, PLED NOT GUILTY, and INVOKED the 60-DAY RULE. COURT ORDERED, matter set for trial.

CUSTODY

8/04/10 8:30 AM CALENDAR CALL

8/16/10 10:30 AM JURY TRIAL

| | | | |
|---|---|---|---|
| PRINT DATE:   11/09/2010 | Page 3 of 5 | Minutes Date: | June 16, 2010 |

*Exhibit  G*

---

_____

_____

- - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

In according pursuant to NRS 41.035 the compensation of the maximum sum of $100,000.00 for every day spent in the Clark County Detention Center Las Vegas Nevada total of 226 days. Also pursuant to NRS.42.005,NRS.42.007 Exemplary and punitive damages three times the amount of compensatory.Future general compensation damages for special damages for medical and psychotic care.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

BOBBY LEE MONTGOMERY PRO SE
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

*Bobby Lee Montgomery Pro Se*
(Signature of Plaintiff)

*5/15/2012*
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

_____

_____

9

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BOBBY LEE MONTGOMERY   PRO.SE

**(b)** County of Residence of First Listed Plaintiff   CLARK
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET,AL   CLARK

County of Residence of First Listed Defendant   CLARK
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☒ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
CIVIL RIGHTS COMPLAINT PURSUANT TO 42 USC 1983
Brief description of cause:
ILLEGAL ARREST,SEARCH AND SEIZURE,INCARCERATION,REVOCATION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE                DOCKET NUMBER

DATE  5/15/2012

SIGNATURE OF ATTORNEY OF RECORD
Bobby Lee Montgomery Pro.Se

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP

2:12-cv-00817-MMD -RJJ